UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZOEY ELIZABETH OLMSTEAD, PETER JAMES McGOVERN, and ELIZABETH ANN McGOVERN,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRAL WASHINGTON UNIVERSITY,<br><br>          Defendants. | NO:  1:16-CV-3018-TOR<br><br>ORDER GRANTING STIPULATED MOTION |

BEFORE THE COURT is the parties' Stipulation for Leave to Amend Plaintiffs' First Amended Complaint, Dismiss Plaintiffs' Federal Claims with Prejudice and Remand State Law Claims (ECF No. 13).

Pursuant to the parties' stipulation, Plaintiffs' federal claims alleging violations of Title IX of the Education Amendments of 1972 Act, 20 U.S.C. § 1681, and of the Civil Rights Act, 42 U.S.C. § 1983, et seq., are dismissed with prejudice.  The Second Amended Complaint for Injunction, Mandatory Injunction,

ORDER GRANTING STIPULATED MOTION~ 1

and Damages—attached to the parties' stipulation, ECF No. 13-1, and which implements this dismissal—is accepted as filed.

As the parties have agreed to dismiss all claims over which this Court had original jurisdiction, this Court declines to exercise its supplemental jurisdiction over the remaining state law claims. *See* 28 U.S.C. § 1367(c)(3); *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966) ("[I]f the federal claims are dismissed before trial . . . , the state claims should be dismissed as well."). This case is remanded to the Kittitas County Superior Court for all further proceedings.

**ACCORDINGLY, IT IS ORDERED**:

1. Plaintiff's federal claims alleging violations of Title IX of the Education Amendments of 1972 Act, 20 U.S.C. § 1681, and of the Civil Rights Act, 42 U.S.C. § 1983, et seq., are **DISMISSED** with prejudice.

2. Plaintiffs are **GRANTED** leave to amend their pleading. The Second Amended Complaint for Injunction, Mandatory Injunction, and Damages is accepted as filed. *See* ECF No. 13-1.

3. This case is **REMANDED** to the Kittitas County Superior Court, State of Washington, for all remaining proceedings.

4. Pursuant to the parties' stipulation, neither party shall recover costs or fees from the other as a result of the dismissal of the federal claims or remand to state court.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the Clerk of the Kittitas County Superior Court, and **CLOSE** the file.

**DATED** May 6, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION~ 3